# United States Bankruptcy Court

District Of Oregon

In re Daniel Gary Williams                                  Case No. 11-61683-fra7
                                                            Chapter 7
Debtor

**NOTICE OF APPEAL**

Daniel Gary Williams, Debtor, appeals to the United States District Court for the District of Oregon under 28 U.S.C. § 158(a) or (b) from the order of the bankruptcy judge granting the United States Trustee's motion to dismiss entered in this Bankruptcy proceeding on the 20th day of March, 2012.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Daniel Gary Williams
Michael L. Spencer, OSB #83090
403 Main St.
Klamath Falls, OR 97601
(541) 883-7139

Ronald C. Becker
Attorney for US Trustee
Wayne L. Morse Courthouse
405 East 7th Ave., Suite 1100
Eugene, OR 97401-2706
(541) 465-6330

I certify that I served a copy of this Notice of Appeal on Ronald Becker of the U. S. Trustee's Office by ECF on March 29, 2012.

Signed: /s/ Michael L. Spencer
Attorney for Appellant
Attorney Name: Michael L. Spencer, OSB #83090
Address: 403 Main St., Klamath Falls, OR 97601
Telephone No: (541) 883-7139