IN THE UNITED STATES BANKRUPTCY COURT

STATE OF OREGON

| | |
|---|---|
| In re: ) <br> ) <br> Daniel Gary Williams ) <br> ) <br> ) <br> Debtor, ) <br> _____ ) | Case No. 11-61683-fra7 <br><br> MOTION TO STAY ORDER OF DISMISSAL |

COMES NOW the Debtor, by and through his attorney, Michael L. Spencer, and moves the Court for an Order pursuant to 28 U. S. C. §158(d)(2)(D) staying the dismissal of this matter pending conclusion of the appeal filed herein.

Dated this March 29, 2012.

/s/ Michael L. Spencer
Michael L. Spencer, OSB #83090

PROOF OF SERVICE

I certify that I served this Motion to Stay Order of Dismissal on Ronald Becker by ECF on March 29, 2012.

/s/ Michael L. Spencer

Michael L. Spencer, OSB #83090
403 Main St.
Klamath Falls, OR 97601
541-883-7139 FAX 888-400-9360
mike@mspencer.com